UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:12-MJ-1484-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| vs. | ) | **ORDER CONTINUING** |
| | ) | **SUPERVISION** |
| **Beau J. Epps** | ) | |

      On April 10, 2013, Beau J. Epps appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired Level 5, in violation 18 U.S.C. § 13 assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation.

      On June 7, 2013, the probation officer filed a Motion for Revocation and the court issued a warrant for arrest. The government now withdraws the Motion for Revocation. Therefore probation supervision is continued. However, since the defendant was not available for supervision after being ordered on probation supervision on April 10, 2013, until his arrest on June 30, 2014, probation supervision is tolled for that period of time. Therefore, the one-year probation term will run from June 30, 2014, until June 29, 2015, under the original terms and conditions imposed in this case with the exception that the defendant will be allowed to begin community service and the substance abuse assessment and any recommended education or treatment in November 2014, when he returns from his travels with Russell Foods to his home in Texas.

      **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued and is considered tolled from April 10, 2013 until June 30, 2014.

      This the 6th day of August, 2014.

                                                                                                         James E. Gates
                                                                                         U.S. Magistrate Judge